```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF TEXAS
                         FORT WORTH DIVISION

MAY C. ROY                        §
                                  §
V.                                §   CIVIL ACTION 4:16-CV-1072-Y
                                  §
NANCY A. BERRYHILL, COMMISSIONER  §
OF SOCIAL SECURITY                §
```

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS, CONCLUSIONS, AND RECOMMENDATION

The Court has made an independent review of the following matters in the above-styled and -numbered cause:

- the pleadings and record;

- the findings, conclusions, and recommendation of the United States magistrate judge filed on March 24, 2017 (doc. 18); and

- Plaintiff's correspondence relating to the findings, conclusions, and recommendation of the United States magistrate judge (docs. 19–21).

After *de novo* review, the Court concludes that the Commissioner's decision should be affirmed. Regardless of Plaintiff's arguments and evidence, for reasons explained in the magistrate judge's report, this Court lacks jurisdiction to review the decision of the administrative law judge to deny Plaintiff's application for disabled widow's benefits.

Therefore, it is ORDERED that the magistrate judge's report

should be and hereby is ADOPTED as the decision of this Court.  As a result, the decision of the Commissioner is AFFIRMED.

SIGNED November 7, 2017.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE